IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE HAMILTON, JR.,                )<br>                                                         )<br>        Petitioner,                       )<br>                                                         )<br>vs.                                                  )        CIVIL ACTION NO. 13-0164-CG-N<br>                                                         )<br>NOAH PRICE OLIVER,                 )<br>                                                         )<br>        Respondent.                      ) | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.  The court finds that no Certificate of Appealability should issue.

**DONE and ORDERED** this 19th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE